*W. Davis* were on the brief, for petitioner. *Messrs. James F. Peck, Robert Duncan* and *Annette A. Adams* were on the brief for respondents.

---

No. 44. DUNBAR-DUKATE COMPANY, INCORPORATED, *v.* THE CELESTE SUGAR COMPANY, INCORPORATED. Error to the Supreme Court of the State of Louisiana. Motion to substitute submitted October 10, 1927. Decided October 24, 1927. *Per Curiam.* The motion to substitute party for defendant in error is denied for the reason that the absence of a substantial federal question requires the Court to grant the motion to dismiss on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Rush L. Holland, George E. Strong* and *C. F. Borah* for defendant in error in support of the motion. *Messrs. John Dymond, A. Griffin Levy* and *James Wilkinson* for plaintiff in error in opposition thereto.

---

No. —, original. EX PARTE MODERN WORKMEN OF THE WORLD AND THE MODERN WORKMEN OF THE WORLD SOCIETY, JOHN B. KINNEAR AND SAMUEL J. MASTERS. October 24, 1927. Motion for leave to file petition for writ of *mandamus* herein denied. *Messrs. W. Bissell Thomas, Walter H. Newton* and *J. K. M. Norton* for petitioners.

---

No. 586. LULU MIGNON MURPHY *v.* EUGENIE R. BIRD, ADMINISTRATRIX, ET AL. On petition for a writ of certiorari to the Supreme Court of the State of Louisiana. October 24, 1927. *Per Curiam.* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no substantial